**O**
**JS-6**

# United States District Court
# Central District of California

EARL DUFFIE EL,

Plaintiff,

v.

CITY OF LOS ANGELES et al.,

Defendants.

Case № 2:23-cv-09415-ODW (MRWx)

**FINAL JUDGMENT**

Pursuant to the Court's Order Granting in Part Defendants' Motion for Summary Judgment and Order Re: Stipulation for Dismissal of Plaintiff's Seventh Cause of Action, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. The Court **DISMISSES WITH PREJUDICE** Plaintiff's Third and Sixth claims for relief, which were both alleged pursuant to 42 U.S.C. § 1983.
2. The Court declines to exercise supplemental jurisdiction over, and **DISMISSES WITHOUT PREJUDICE**, Plaintiff's First, Second, Fourth, Fifth, and Eighth claims for relief.
3. The Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's Seventh claim for relief, which was alleged pursuant to 42 U.S.C. § 1983.

4. Defendants shall have **JUDGMENT** in their favor on Plaintiff's Third and Sixth claims for relief.

5. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

February 27, 2025

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**